FILED

03/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0018

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0018

_____

IN THE MATTER OF

B.K.O.Jr.,

    Youth in need of Care.

_____

## ORDER GRANTING MOTION FOR
## EXTENSION OF TIME

_____

    Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until April 17, 2023 to prepare, serve, and file his opening Brief. No additional extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 14 2023